In the Matter of DANNY ECHEVARRIA, Appellant, v PATRICIA D. MARKS, Monroe County Court Judge, Respondent.

Submitted October 26, 2009; decided November 19, 2009

Reported below, 57 AD3d 1479.

Motion by the Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KEVIN GLASSMAN, Respondent, v PRO HEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Submitted November 9, 2009; decided November 19, 2009

Reported below, 55 AD3d 538.

Motion by New York State Association of Ambulatory Surgery Centers, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

EUGENIA BRENNAN HESLIN, as Administrator of the Estate of EGYPT A. PHILLIPS, Deceased, Appellant, v COUNTY OF GREENE, Respondent, et al., Defendants.

Submitted November 9, 2009; decided November 19, 2009

Reported below, 53 AD3d 996.

Motion by City of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.